**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Laura Lynn Walters
      Raymond Dennis Walters Jr. aka R.D.
Walters, Jr.
               Debtor(s)

BK NO. 16-01293 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Legacy Mortgage Asset Trust 2021-GS3 and index same on the master mailing list.

                                          Respectfully submitted,


/s/ Rebecca Solarz
Rebecca Solarz
14 Jul 2021, 15:29:30, EDT

        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA 19106
        215-627-1322