United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-01293-HWV |
| Laura Lynn Walters | Chapter 13 |
| Raymond Dennis Walters, Jr. | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jul 27, 2021 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 4892037 | + | Wilmington Savings Fund Society FSB, dba Christiana Trust not indiv but trus, for Pretium Mortgage Acquisition Trust, c/o Selene Finance LP, 9990 Richmond, Ave, Ste 400 S, Houston, TX 77042 Wilmington Savings Fund Society FSB 77042-4559 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2021          Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust c/o Selene Finance LP cwohlrab@raslg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor Wells Fargo Bank N.A. pamb@fedphe.com |
| Kevin Buttery | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust c/o Selene Finance LP kbuttery@rascrane.com |
| Mario J. Hanyon | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium |

| | |
|---|---|
| | Mortgage Acquisition Trust c/o Selene Finance LP wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS3 bkgroup@kmllawgroup.com |
| Steven M. Carr | on behalf of Debtor 1 Laura Lynn Walters stevecarr8@comcast.net julie.reamcarrllc@gmail.com;debclick@comcast.net |
| Steven M. Carr | on behalf of Debtor 2 Raymond Dennis Walters  Jr. stevecarr8@comcast.net, julie.reamcarrllc@gmail.com;debclick@comcast.net |
| Thomas Song | on behalf of Creditor Wilmington Savings Fund Society  FSB, et.al. tomysong0@gmail.com |
| Thomas Song | on behalf of Creditor Wilmington Savings Fund Society FSB Et.Al tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 12

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:16-bk-01293-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Laura Lynn Walters
8236 Bobs Road
Felton PA 17322

Raymond Dennis Walters, Jr.
8236 Bobs Road
Felton PA 17322

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/26/2021.

Name and Address of Alleged Transferor(s):

Claim No. 6: Wilmington Savings Fund Society FSB, dba Christiana Trust not indiv but trus, for Pretium Mortgage Acquisition Trust, c/o Selene Finance LP, 9990 Richmond, Ave, Ste 400 S, Houston, TX 77042, Wilmington Savings Fund Society FSB

Name and Address of Transferee:

Legacy Mortgage Asset Trust 2021-GS3
Serviced by Select Portfolio Servicing,
PO Box 65250
Salt Lake City, UT 84165
Legacy Mortgage Asset Trust 2021-GS3
Serviced by Select Portfolio Servicing,

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/29/21

Terrence S. Miller
**CLERK OF THE COURT**