United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                   Case No. 16-01293-HWV
Laura Lynn Walters                          Chapter 13
Raymond Dennis Walters, Jr.
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                   User: AutoDocke                    Page 1 of 2
Date Rcvd: Sep 16, 2021              Form ID: fnldec                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Laura Lynn Walters, Raymond Dennis Walters, Jr., 8236 Bobs Road, Felton, PA 17322-8173 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2021                      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust c/o Selene Finance LP cwohlrab@raslg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor Wells Fargo Bank N.A. pamb@fedphe.com |
| Kevin Buttery | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust c/o Selene Finance LP kbuttery@rascrane.com |
| Mario J. Hanyon | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium |

Mortgage Acquisition Trust c/o Selene Finance LP wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Rebecca Ann Solarz
on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS3 bkgroup@kmllawgroup.com

Steven M. Carr
on behalf of Debtor 1 Laura Lynn Walters stevecarr8@comcast.net julie.reamcarrllc@gmail.com;debclick@comcast.net

Steven M. Carr
on behalf of Debtor 2 Raymond Dennis Walters Jr. stevecarr8@comcast.net, julie.reamcarrllc@gmail.com;debclick@comcast.net

Thomas Song
on behalf of Creditor Wilmington Savings Fund Society FSB Et.Al tomysong0@gmail.com

Thomas Song
on behalf of Creditor Wilmington Savings Fund Society FSB, et.al. tomysong0@gmail.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

William E. Craig
on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Laura Lynn Walters,<br>**Debtor 1** | Chapter 13 |
| Raymond Dennis Walters Jr.,<br>aka R.D. Walters Jr.,<br>**Debtor 2** | Case No. 1:16−bk−01293−HWV |

Social Security No.:
xxx−xx−2461    xxx−xx−4966

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: September 16, 2021

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: DaneishaDunbarYancey, Deputy Clerk

**fnldec** (10/20)